No. 91–8491.  SUDA v. HERZFELD & RUBIN, P. C.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 91–8493.  DAVIS v. COUNTY OF LOS ANGELES.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 91–8496.  NEAL v. SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir.  Certiorari denied.

No. 91–8497.  SCONCE v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 91–8499.  ROACH v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–8501.  JACKSON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–8502.  PARKER v. CHAMPION, WARDEN.  Ct. Crim. App. Okla.  Certiorari denied.

No. 91–8504.  PHILLIPE v. WILUSZ ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–8506.  COMEAUX, AKA COMO v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–8507.  CORTO v. JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS.  C. A. D. C. Cir.  Certiorari denied.

No. 91–8509.  TRUJILLO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–8510.  ADETIBA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–8511.  CHEW-BEY v. WEBSTER.  C. A. 8th Cir.  Certiorari denied.

No. 91–8512.  THURMAN v. SEARS, ROEBUCK & CO.  C. A. 5th Cir.  Certiorari denied.

No. 91–8513.  SCOTT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.